IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WESLEY C. WELLS, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KANSAS COUNSELORS INC. AND<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. |

**NOTICE OF REMOVAL**

COMES NOW Defendant Kansas Counselors Inc. ("**Defendant Kansas Counselors**"), by and through its counsel of record, and for the purpose of removing this cause of action to the United States District Court for the District of Kansas, show the Court as follows:

1.　　This action is presently pending in the District Court of Wyandotte County, Kansas under case number 2017-LM-000896 ("**Action**"). The Petition was filed by Plaintiff Wesley C. Wells, Jr. ("**Plaintiff**") on February 23, 2017 against Equifax Information Services, LLC ("**Defendant Equifax**"). Defendant Kansas Counselors was served with Plaintiff's Petition on March 8, 2017. Defendant Equifax was served on March 6, 2017.

2.　　Pursuant to 28 U.S.C. § 1446(b), Defendant Kansas Counselors and Equifax have 30 days from the receipt of the Summons and Compliant to seek removal of the action to this Court. Accordingly, this Notice of Removal is timely filed. No orders have been entered in this Action as of the filling of this Notice of Removal.

3.　　This action is subject to removal to this Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367. Plaintiff asserts violations of the Fair Credit Reporting Act (15 U.S.C. § 1681

*et seq.*) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*), and is removable because the claims asserted by Plaintiff invoke federal question jurisdiction.

5. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.2, attached hereto as **Exhibit A** and incorporated herein by reference are copies of the Summons and Petition, which constitute all process, pleadings, and orders in this matter.

6. Defendant shall, promptly upon filing this Notice of Removal, give written notice thereof to Plaintiff and file a copy of this Notice of Removal with the District Court of Wyandotte County, Kansas, as required by 28 U.S.C. § 1446(d) and Local Rule 81.1(c)(2). A copy of the Notice of Filing Notice of Removal (without attachments) is incorporated herein and attached hereto as **Exhibit B**.

7. Defendant Equifax, who has been served upon the date of filing of this Notice of Removal and remains a party to this litigation, consents to the removal of this case. Consent to the Removal from Defendant Equifax is attached hereto as **Exhibit C**.

8. Defendant reserves the right to amend or supplemental this Notice of Removal.

9. Defendant reserves all defenses.

WHEREFORE, Defendant Kansas Counselors Inc. prays that this action be removed from the District Court of Wyandotte County, Kansas to the United States District Court for the District of Kansas.

Dated: March 17, 2017.                    Respectfully submitted,

                                                       By */s/ William H. Henderson*
                                                          William H. Henderson, KS# 21409
                                                          KUTAK ROCK LLP
                                                          Suite 800
                                                          2300 Main Street
                                                          Kansas City, MO  64108
                                                          (816) 960-0090 (Telephone)
                                                          (816) 960-0041 (Facsimile)
                                                          william.henderson@kutakrock.com
                                                          **ATTORNEYS FOR DEFENDANT**
                                                          **KANSAS COUNSELORS INC.**

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was sent via e-mail and U.S. Mail, postage prepaid, this 17th day of March, 2017, to:

A.J. Stecklein
Michael Rapp
Brian Johnson
Stecklein & Rapp
748 Ann Avenue
Kansas City, KS 66101
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
bj@kcconsumerlawyer.com
ATTORNEYS FOR PLAINTIFF

                                                          */s/ William H. Henderson*
                                                          **ATTORNEY FOR DEFENDANT**
                                                          **KANSAS COUNSELORS INC.**

4837-9988-6661.2