UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Wesley C Wells, Jr.,

                    Plaintiff,

vs.

                    Case Number: 17-CV-02163 JWL/GLR

Kansas Counselors Inc. and Equifax Information Services, LLC,

                    Defendants.

**NOTICE OF SETTLEMENT**

      Comes now Plaintiff Wesley C Wells, Jr., by and through his undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled. Plaintiff further states:

      1.     Plaintiff is Wesley C Wells, Jr.; The Defendants are Kansas Counselors Inc. and Equifax Information Services, LLC.

      2.     This case was removed to federal court on March 17, 2017 (Doc. 1).

      3.     Plaintiff and Defendants reached a settlement and have finalized their settlement agreements as of October 23, 2017.

      4.     Parties anticipate filing a Notice of Dismissal in 30 days.

Dated:  October 23, 2017

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael Rapp #25702
Stecklein & Rapp, Chtd.
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on October 23, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

/s/ A.J. Stecklein
A.J. Stecklein 16330